NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RANDY A. HART,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D20-1296
                                        )
MARK INCH, Secretary, Department of     )
Corrections,                            )
                                        )
            Appellee.                   )
_____)

Opinion filed September 23, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Ellen S. Masters, Judge.

Randy A. Hart, pro se.

PER CURIAM.

            Affirmed.

CASANUEVA, VILLANTI, and SLEET, JJ., Concur.